In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-24-00067-CV**

**DE LA REINA DEVELOPMENTS CORPORATION, JUAN LUIS PEREZ SOBERON, AND ALICIA ROCHIN PAEZ, Appellants**

**V.**

**PRODUCTORA MEXICANA DE ARROZ, SOCIEDAD ANONIMA PROMOTORA DE INVERSION DE CAPITAL VARIABLE, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-03-02871-CV**
_____

**MEMORANDUM OPINION**

Appellee Productora Mexicana de Arroz, Sociedad Anonima Promotora de Inversion de Capital Variable, filed an unopposed motion to dismiss this appeal due to settlement. *See* Tex. R. App. P. 42.1(a)(2)(A). Appellants De La Reina Developments Corporation, Juan Luis Perez Soberon, and Alicia Rochin Paez, joined Appellee's motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

1

The parties requested dismissal before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 22, 2025
Opinion Delivered January 23, 2025

Before Golemon, C.J., Johnson and Wright, JJ.